IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. PINEDA, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant.<br>                                      / | No. C 11-00606 WHA<br><br>**NOTICE REGARDING DEFENDANT'S NOTICE OF RELATED CASES** |

      This matter having just been reassigned to the undersigned, the docket reflects a notice of related cases filed by defendant. The cases specified in that notice, however, were all closed cases before defendant even filed the notice. Moreover, defendant did not file the notice in any of the other specified case files. As such, the parties should be aware that defendant has not complied with the procedure set forth in Civil Local Rule 3-12 for consideration of whether this matter should be related to any of the cases specified in the notice.

Dated: February 28, 2011.

                                                     WILLIAM ALSUP<br>
                                                     UNITED STATES DISTRICT JUDGE